Liere v Alan E. Fricke Mems., Inc. (2021 NY Slip Op 21063)

Liere v Alan E. Fricke Mems., Inc.

2021 NY Slip Op 21063 [71 Misc 3d 41]

Accepted for Miscellaneous Reports Publication

Supreme Court, Appellate Term, Second Department, 9th and 
10th Judicial Districts

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected through Wednesday, June 23, 2021

[*1]

Robert Liere et al., Appellants,
v
Alan E. Fricke Memorials, Inc., et al., Respondents.

Supreme Court, Appellate Term, Second Department, 9th and 10th Judicial Districts, March 18, 2021

Opinion withdrawn from publication in the Miscellaneous Reports at the direction of the court. The decision and order was recalled and vacated, and a new decision and order substituted therefor as the decision and order of the court (see 2023 NY Slip Op 72116[U]). It will be published at 
2023 NY Slip Op 50865(U).